MERRILL LYNCH & CO., INC. and Merrill Lynch, Pierce, Fenner & Smith Incorporated, Appellants,

v.

METROPCS WIRELESS and Metropcs Communications, Inc., Appellees

In re Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated.

No. 05-09-00113-CV.

Court of Appeals of Texas, Dallas.

July 29, 2010.

Charles A. Gall, Joel Randall Sharp, Eric R. Hail, Hunton & Williams LLP, Dallas, for Appellants.

Lewis T. LeClair, Robert E. Goodfriend, McKool & Smith, Deborah G. Hankinson, Rick Thompson, Hankinson Levinger LLP, Dallas, for Appellees.

Before Justices MORRIS, BRIDGES, and MURPHY.

## OPINION

Opinion By Justice BRIDGES.

Appellants' motion to dismiss this appeal and original proceeding is **GRANTED,**

and this appeal and original proceeding are **DISMISSED.** Tex.R.App. P. 42.1.